COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Todd Samuels Clemons
Todd Clemons & Associates
1740 Ryan Street
Lake Charles LA 70601

Adam P. Johnson
The Johnson Firm
P.O. Box 849
Lake Charles LA 70602

Fred C. LeBleu, III
The Johnson Firm
P.O. Box 849
Lake Charles LA 70602

Andrew T. Leonards
The Johnson Firm
P.O. Box 849
Lake Charles LA 70602

> Judgment on rehearing rendered and mailed to all parties or counsel of record on January 29, 2025

**REHEARING ACTION: January 29, 2025**

**Docket Number: 24   00425-KW**

**STATE OF LOUISIANA
VERSUS
JOSEPH MILTON RYAN**

**Writ Application from Calcasieu Parish Case No. 6948-SO-23**

**BEFORE JUDGES:**

> **Hon. Candyce G. Perret
> Hon. Charles G. Fitzgerald
> Hon. Ledricka J. Thierry**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Joseph Milton Ryan** is:

> **REHEARING DENIED**.  Defendant's application for rehearing fails to raise a new issue, and the court's prior ruling does not absolve the State of its obligation to disclose exculpatory information under *Brady v. Maryland*, 373 U.S. 83, 83 S.Ct. 1194 (1963); *Giglio v. United States*, 405 U.S. 150, 92 S.Ct. 763 (1972); or their progeny.

cc: Hon. Stephen C. Dwight, Counsel for the Applicant
    John E. Turner, Counsel for the Applicant